OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 The circumstances of defendant’s flight from and apprehension by the police investigating the burglary charge supported the inference that he had possessed the drugs found sandwiched between his wallet and notebook under a couch cushion at the scene of the arrest. Thus, proof of the burglary "would be material and admissible as evidence in chief upon a trial of’ the possession count (CPL 200.20, subd 2, par [b]). We cannot say that the trial court abused its discretion in refusing to sever these intimately connected crimes for trial (cf.
 
 People v Monger,
 
 24 NY2d 445, 449).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed in a memorandum.